IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL S. GUZMAN, | ) | No. C 12-5341 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___11/29/12_____

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Guzman341jud.wpd