IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. GUZMAN,       )<br>                                          )<br>          Petitioner,        )<br>                                          )<br>     vs.                              )<br>                                          )<br>FRANCISCO JACQUEZ,  )<br>                                          )<br>          Respondent.    )<br>_____)  | No. C 12-5341 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/29/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Guzman341jud.wpd