IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. GUZMAN, ) | No. C 12-5341 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | EXTENSION OF TIME TO PAY |
| v. ) | FILING FEE |
| ) | |
| WARDEN FRANCISCO JACQUEZ, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On October 16, 2012, Petitioner, a California state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On November 30, 2012, the Court dismissed this action without prejudice based on Petitioner's failure to timely submit an completed application to proceed *in forma pauperis* (IFP), or pay the filing fee. Petitioner filed a motion to reopen. (Doc. No. 7.) On January 3, 2013, the Court directed Petitioner to pay a $5.00 filing fee, or to file a completed application to proceed IFP, within thirty days. (Doc. No. 8.) Petitioner was informed that the Court would consider his motion to reopen if he complied with the order. (*Id.*)

On February 4, 2013, Petitioner filed a motion for a thirty day extension of time to pay the $5.00 filing fee. (Doc. No. 9.) Petitioner asserts that he has the $5.00 filing fee in his trust account, and that he has submitted a request to the prison administration for the filing fee to be sent to the Court. (*Id.*)

Order Granting Extension of Time to Pay Filing Fee
G:\PRO-SE\SJ.LHK\HC.12\Guzman341eot-ifp.wpd

1  Good cause having been found, Petitioner's motion is **GRANTED**.  Petitioner's filing
2 fee shall be paid no later than thirty days (30) from the date of this order.  If Petitioner's filing
3 fee is recieved within the alloted time, the Court will consider his motion to reopen.  Should
4 Petitioner fail to pay the filing fee, this case shall remain closed, and no further filings will be
5 considered.

6  IT IS SO ORDERED.
7 DATED: 2/12/13

LUCY H. KOH
United States District Judge

Order Granting Extension of Time to Pay Filing Fee
G:\PRO-SE\SJ.LHK\HC.12\Guzman341eot-ifp.wpd     2