IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. GUZMAN,  )<br>  )<br>    Petitioner,  )<br>  )<br>  v.  )<br>  )<br>WARDEN FRANCISCO JACQUEZ,  )<br>  )<br>    Respondent.  )<br>_____ ) | No. C 12-5341 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant petition for a writ of habeas corpus.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __4/3/13__                         _____
                                                           LUCY H. KOH
                                                           United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Guzman341jud2.wpd